Order entered December 5, 2012

005180



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01359-CV

### CITY OF MCKINNEY, Appellant

V.

### HANK'S RESTAURANT GROUP, L.P., Appellee

On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03124-2012

## ORDER

The Court has before it appellee's November 30, 2012 unopposed second motion for extension of time to file brief of appellee. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on December 3, 2012 be timely filed as of today's date.



MOLLY FRANCIS
JUSTICE